No. 86–495.  K MART CORP. *v.* CARTIER, INC., ET AL.;

No. 86–624.  47TH STREET PHOTO, INC. *v.* COALITION TO PRE-
SERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL.; and

No. 86–625.  UNITED STATES ET AL. *v.* COALITION TO PRE-
SERVE THE INTEGRITY OF AMERICAN TRADEMARKS . ET AL.
C. A. D. C. Cir.  [Certiorari granted, 479 U. S. 1005.]  Motion
of respondents for leave to file a supplemental brief on reargu-
ment granted.  Motion of American Free Trade Association for
leave to file a supplemental brief as *amicus curiae* on reargument
denied.

No. 86–1650.  TRANS WORLD AIRLINES, INC. *v.* INDEPENDENT
FEDERATION OF FLIGHT ATTENDANTS, *ante*, p. 175.  Respond-
ent invited to file a response to the petition for rehearing within
30 days.

No. 87–751.  CARLUCCI, SECRETARY OF DEFENSE, ET AL. *v.*
DOE.  C. A. D. C. Cir.  [Certiorari granted, *ante*, p. 904.]  Mo-
tion of the Solicitor General to dispense with printing the joint
appendix granted.

No. 87–1043.  UNITED STATES *v.* RON PAIR ENTERPRISES,
INC.  C. A. 6th Cir.  [Certiorari granted, *ante*, p. 958.]  Motion
of the Solicitor General to dispense with printing the joint appen-
dix granted.

No. 87–920.  MEYER, COLORADO SECRETARY OF STATE, ET AL.
*v.* GRANT ET AL.  C. A. 10th Cir.  [Probable jurisdiction noted,
484 U. S. 1024.]  Motion of Washington Legal Foundation et al.
for leave to file a brief as *amici curiae* granted.

No. 87–999.  MCQUILLEN *v.* WISCONSIN EDUCATION ASSOCIA-
TION COUNCIL ET AL., *ante*, p. 914.  Respondents are invited
to file a response to the petition for rehearing within 30 days.

No. 87–1160.  DUQUESNE LIGHT CO. ET AL. *v.* BARASCH ET AL.
Sup. Ct. Pa.  [Probable jurisdiction noted, *ante*, p. 933.]  Motion
of appellants to dispense with printing the joint appendix granted.

No. 87–1193.  MIAMI HERALD PUBLISHING CO. *v.* GRIDLEY,
CIRCUIT JUDGE OF FLORIDA, ORANGE COUNTY, ET AL., *ante*,
p. 960.  Motion of respondents Paula Hawkins and W. E. Hawkins
for damages denied.